**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SATKARAN SATKARAN, | No. 1:26-cv-01598 JLT EPG (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| SERGIO ALBARRAN, et al., | |
| Respondents. | (Docs. 1, 8) |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 14, 2026,[1] the magistrate judge issued findings and recommendations that recommended that the petition for writ of habeas corpus be denied. (Doc. 8.) The Court served the findings and recommendations on the parties and notified them that any objections were due in 14 days. (*Id.*) The Court further warned the parties "that failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.* at 4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) To date, no objections have been filed, and the time for doing so has passed.

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and

---

[1] The findings and recommendations were signed on May 13, 2026, but not docketed until May 14, 2026.

1

recommendations are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on May 14, 2026 (Doc. 8) are **ADOPTED IN FULL**.

2. The petition for writ of habeas corpus is **DENIED**.

3. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated:   **May 29, 2026**

UNITED STATES DISTRICT JUDGE

2